ANNA COLEMAN, as Administratrix, etc., Appellant, v. IDA M. HARRIS

and Others, Respondents.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.